**Deshawn GREEN, Debby Venturella, and Diana P. Bertollt, on behalf of themselves and all others situated, Plaintiffs–Appellees,**

v.

**Eloise ANDERSON, individually and in her official capacity as Director, California Department of Social Services; California Department of Social Services; and Thomas Hayes, Director, California Department of Finance, Defendants–Appellants.**

No. 93–15306.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted April 13, 1994.

Decided April 29, 1994.

Amended June 13, 1994.

Theodore Garelis, Deputy Atty. Gen., Sacramento, CA, for defendants-appellants.

Mark D. Rosenbaum, ACLU Foundation of Southern California, Los Angeles, CA, for plaintiffs-appellees.

Before: GOODWIN, NORRIS, and O'SCANNLAIN, Circuit Judges.

## ORDER

We AFFIRM for the reasons stated in the district court's order. *Green v. Anderson,* 811 F.Supp. 516 (E.D.Cal.1993). This panel will retain jurisdiction over the case.

This Court's Order, filed April 29, 1994, is hereby corrected by inserting the words "the preliminary injunction" between "AFFIRM" and "for."

The April 29, 1994 Order is redesignated ORDER FOR PUBLICATION.